[No. 44466-2-I. Division One. February 12, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID HORTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-04790-5, Richard M. Ishikawa, J., entered April 12, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45327-1-I. Division One. February 12, 2001.]

ROBERT H. JERVIS, *Appellant*, v. LOIS A. EVELEIGH, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 98-2-01825-5, David A. Nichols, J., entered August 27, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44545-6-I. Division One. February 12, 2001.]

MARY ETHRIDGE, *Respondent*, v. ANNA HWANG, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-09814-9, Robert H. Alsdorf, J., entered April 29, 1999. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse and Appelwick, JJ. Now published at 105 Wn. App. 447.

[Nos. 44948-6-I; 45255-0-I. Division One. February 12, 2001.]

RAY H. FENNER, ET AL., *Appellants*, v. GARY P. GAFFNER, ET AL., *Respondents*.
RAY H. FENNER, ET AL., *Appellants*, v. GARY P. GAFFNER, ET AL., *Respondents*.

Appeals from judgments of the Superior Court for King County, No. 99-2-07345-2, Jim Bates, J., entered June 15, 1999. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Agid, C.J., and Cox, J.